Legal Mail
Provided to
Blackwater River Correctional Facility
on 8/20/24 for mailing
initials [illegible]

1.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"Pro Se"                         8:24 cv 1995 TPB   AAS

RANDY A. HART,              * CASE NUMBER:
DC #075432 W/M                3:24-CV-00325-
Plaintiff,                    LC-HTC
V.

S. DAVIS, ASST. WARDEN,
PROGRAMS, BLACKWATER
RIVER C.F., et. al., (F.D.O.C.)
Defendants.    FL.    /42 U.S.C. § 1983

"THE RETALIATION CLAIM"
The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available remedies (grievance procedures) before brining a case. 42 U.S.C. § 1997e(a).

> The defendants do not respond to any grievances filed by the plaintiff at the institutional level.
** Witness → A5-103-Lower bunk

> The right of access to the Courts must be "adequate, effective and meaningful" and must be freely exercisable without hinderance or fear of retaliation. See: Milhouse v. Carlson, 652 F.2d 371 (1981).
** Witness → A5-213-upper bunk

Under 42 U.S.C. § 1983, prisoner may sue state or local officials for the

*(Page 1 of 3)                    *(COPY)

<u>Case No.</u> 3:24-CV-00325-LC-HTC

"deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law.

> The defendants are very much aware that the plaintiff is entitled to immunity from a Malicious Prosecution under Case Number: #53-2023-CF-005374-A000-XX, Polk County Courthouse, County of Polk, State of Florida. * Governor: Ron DeSantis.

"Pro Se"
Randy Atty Hart DC# 075432
Blackwater River C.F (A5-103-upper)
5914 Jeff ates Road.
Milton, Florida. 32583
Santa Rosa County

<u>Secretary</u>, Ricky D. Dixon
Florida Department of Corrections
* <u>Milhouse V. Carlson</u>, 652 F.2d 371 (1981).

August 13th, 2024


> <u>Thank You!</u>


<u>CC:</u> Attorney General, (850) 410-1630/<u>Fax</u>

*(Page 2 of 3)          (COPY)

GEO Blackwater / F.D.O.C.
Resident Transaction Receipt
Monday, August 12, 2024 @ 7:12 am

Transaction #: 105,625,886

# 3:24-CV-325-LC-HTC

| DOC# | Inmate Name |
|---|---|
| 075432 | HART, RANDY |

Description : 126287761 Lauffer Michael Edward

(Dorm) A    (Pod) 5    (Cell) 103 ~ up

| Trans Type: | Transaction Date: | Amount: | Current Funds: |
|---|---|---|---|
| SECUREDEPOSITS | 8/10/2024 | 30.00 | 42.73 |

Resident Sig /Randy all Hart DC# 075432 / Date 8/13/2024

Authorized Sig _____ Date _____

> Video Recorders are in use.
> Chief of Security, J. Smith
> West's F.S.A. § 838.022
> Rule: 33-208.001-003, Fla. Admin. Code.
> Secretary, Ricky P. Dixon / F.D.O.C.
> West's F.S.A. § 838.022

* (Page 3 of 3)

(Copy)